FILED by ___ D.C.
ELECTRONIC

**NOV 6, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO:

STANLEY HANDAL,                       **09-23412-Civ-Huck/O'Sullivan**

    Plaintiff,

v.

JOEL DEEB, OMEGA MC, INC., a Florida
corporation, and VIZYONLAKAY, INC., a
Florida corporation,

    Defendants.

_____/

## COMPLAINT

Plaintiff, STANLEY HANDAL ("Plaintiff" or "Handal"), by and through his undersigned attorneys, herein sues Defendants, JOEL DEEB ("Deeb"), OMEGA MC, INC., an administratively dissolved Florida Corporation ("Omega") and VIZYONLAKAY, INC. an administratively dissolved Florida corporation ("Vizyonlakay"), and states as follows:

### Jurisdictional and Venue Allegations

1.    This is an action for damages in excess of $75,000, exclusive of interest, costs and attorney's fees.

2.    Plaintiff brings this action for libel against Defendants for defamatory statements about Plaintiff which were published on www.omegamilitaryconsultant.com (hereinafter "the Website").

3.    Plaintiff Handal is a citizen of the country of Haiti and is *sui juris*. Handal is a businessman with substantial Haitian and international business dealings. Handal had previously enjoyed an excellent business and personal reputation.

**RICHMAN GREER, P.A.**

Miami ● West Palm Beach

4.     Defendant Deeb is *sui juris*, and, upon information and belief, is a citizen of Florida. At all times material, Deeb was, and currently is, the president of Omega and the self-proclaimed "chairman" of Omega Military Consultant, which operates, in part, through the Website.

5.     Defendant Omega is a Florida for-profit corporation, with its principal place of business at 14575 NW 16th Drive, Miami, FL 33167. Upon information and belief, Omega is the corporate entity through which Deeb operates Omega Military Consultant and the Website. According to filings made with Florida's Division of Corporations, Omega's stated purpose is for diamond and ore brokerage and general importing and exporting.

6.     Defendant Vizyonlakay is a Florida for-profit corporation, with its principal place of business at 6753 W. Camilla Drive, Miramar, FL 33023. Jean R. Compas, Sr. is the president of Vizyonlakay.     Vizyonlakay   is   the   owner   of   the   Website's   domain, www.omegamilitaryconsultant.com.

7.     Jurisdiction is based on 28 U.S.C. § 1332(a)(2) (diversity jurisdiction between citizens of a State and citizens of a foreign state).

8.     Venue is proper in the Southern District, pursuant to 28 U.S.C. § 1391(a) and 28 U.S.C. § 89(c), because each of the Defendants resides in the district.

<u>**General Allegations**</u>

9.     Omega Military Consultant, as stated on the Website, purports to "specialize[] in military training and in providing security for Heads of State."[1]   It further purports to provide services in the fields of "Anti-terrorism and Protection," "Aviation and Airport Security

---

[1] See http://www.omegamilitaryconsultant.com/home.html, accessed October 06, 2009.

RICHMAN GREER, P.A.

Miami • West Palm Beach

Services," "International Training for Corporate, Military, Police & Para-Military," and "anti-kidnap training," among others.[2]   Omega Military Consultant also purports to manufacture "armored trucks, armored vans, cash in transit (C.I.T.) vehicles, mobile check cashing and mobile ATM vehicles to meet the operational and high security needs of armored operators around the world."[3]   Upon information and belief, neither Deeb nor Omega are licensed by the State of Florida to provide many, if not all, of these security services, as required by the Florida Department of Agriculture and Consumer Services, Division of Licensing.

10.     In addition to allegedly providing the aforementioned services and products, Omega Military Consultant, at all times material, maintained an active News section on the Website.  The majority of the articles are published in French, and report on Haitian-related current events and news stories.

11.     On numerous occasions, libelous statements were published in stories in the News section of the Website (hereinafter referred to as the "Defamatory Stories,") which, among other things, falsely stated that Plaintiff (1) was arrested in 2009, (2) has been involved in kidnappings, (3) is an arms and drug dealer, (4) and has committed multiple other heinous crimes.

12.     The following are two examples of the Defamatory Stories published on the Website about Plaintiff:

> a.  an article titled "Ex Kidnapeur: Stanley Handal est ecroue a la Direction Centrale de la Police" (translation: "Ex-kidnapper, Stanley Handal, is behind bars at the Police Direction Centrale"), published on or about May

---

[2] *See* http://www.omegamilitaryconsultant.com/Service_08.html, accessed October 06, 2009.

[3] *See* http://www.omegamilitaryconsultant.com/Omega_Armored%20Vehicules_08.html, accessed October 06, 2009.

22, 2009. A true and correct copy of the May 22, 2009 article, along with a translation of same, is attached hereto as **Composite Exhibit "A."**[4] Therein, Plaintiff is falsely and maliciously accused of being arrested and put in jail in May of 2009; kidnapping a bank employee, Nathanael Genelus, and one Mrs. Reginald Boulos; participating in money laundering schemes; bribing a police official, and; arms dealing.

b.  an article titled "FLASH NEWS DERNIERE HEURE HAITI : Les Papiers d'extradition de Mr. Stanley Handal vers les Etats Unis sont en cours," (translation: "FLASH, LATEST NEWS – HAITI: The complaint papers for the extradition of Mr. Stanley Handal to the United States are in process"), published on or about July 1, 2009. A true and correct copy of the July 1, 2009 article, along with a translation of same, is attached hereto as **Composite Exhibit "B."**[5] Therein, Plaintiff is falsely and maliciously accused of facing extradition to the United States and participating in kidnapping, money laundering, arms dealing and drug dealing.

13.   Upon information and belief, Deeb authors many of the articles appearing on the Website himself (including the Defamatory Stories), even though the Website sometimes

---

[4] The May 22, 2009 article, in its cached form, can also be found at:
http://74.125.93.132/search?q=cache:hB4r2qSb6mwJ:www.omegamilitaryconsultant.com/artman/publish/article_940.shtml+http://www.omegamilitaryconsultant.com/artman/publish/article_940.shtml&cd=1&hl=en&ct=clnk&gl=us.

[5] The July 1, 2009 article, in its cached form, can also be found at:
http://74.125.93.132/search?q=cache:5uj_7jXJnroJ:www.omegamilitaryconsultant.com/artman/publish/article_1120.shtml+http://www.omegamilitaryconsultant.com/artman/publish/article_1120.shtml&cd=1&hl=en&ct=clnk&gl=us.

RICHMAN GREER, P.A.

Miami • West Palm Beach

proclaims that the author of a particular news article is "anonymous" or simply fails to name an author.

14.     On August 4, 2009, Plaintiff sent a demand letter, pursuant to Fla. Stat. § 770.02, to Deeb and Mr. Compas (of Vizyonlakay), demanding an apology and a retraction of all defamatory statements made on the Website about Plaintiff.   (A true and correct copy of the August 4, 2009 demand letter is attached hereto as **Exhibit "C."**)

15.     Although the Defamatory Stories were subsequently removed from the Website, neither Deeb, Omega nor Vizyonlakay have issued a correction, apology or retracted the highly libelous statements made about Plaintiff, as of the date of the filing of this Complaint.

16.     Furthermore, the Defamatory Stories continued to proliferate on other websites and news sources, even after their removal from the Website. Some of the re-publishers even cited Omega Military Consultants as the source of the Defamatory Stories.[6]

17.     Plaintiff has retained the undersigned law firm and has agreed to pay it a reasonable fee for its services.

18.     All conditions precedent to the filing of this action have occurred or have been waived.

## COUNT I – DEFAMATION
### (against Deeb)

19.     Plaintiff incorporates and re-alleges paragraphs one (1) through seventeen (17) as if fully set forth herein.

---

[6] *See e.g.*, http://bonzouti.com/actualite/actualite-No618-Ex-Kidnapeur-Stanley-Handal-est-ecroue-a-la-Direction-Centrale-de-la-Police-.html.

20.     Upon information and belief, Deeb personally authored the Defamatory Stories which appeared on the Website.

21.     Deeb published, or allowed to be published, the Defamatory Stories on the Website.

22.     At the time the Defamatory Stories were published, Deeb knew, should have known or was negligent in not knowing that each of the defamatory statements about Plaintiff's alleged involvement in criminal activity was false.

23.     The statements made in the Defamatory Stories falsely accuse Plaintiff of committing crimes or infer that Plaintiff is a criminal, and are therefore libelous per se.

24.     As a direct and proximate result of the publication of the Defamatory Stories, Plaintiff suffered great upset, shock, mental and emotional distress, shame, humiliation, embarrassment and damage to his reputation.  Furthermore, Plaintiff's business relationships and dealings have been damaged.

25.     At the time Deeb published the Defamatory Stories, Deeb had actual knowledge of the wrongfulness of his conduct and the high probability that injury or damage to Plaintiff would result and, despite that knowledge, intentionally pursued that course of conduct, resulting in injury or damage to Plaintiff.

26.     Upon information and belief, Deeb acted with evil motive and actual malice, with intent to injure, disgrace and defame Plaintiff, with intent to cause Plaintiff emotional distress and to falsely depict Plaintiff as a criminal.

27.     Upon information and belief, Deeb acted with the malicious intent to extort monies from Plaintiff in exchange for removal of the Defamatory Stories from the Website.

WHEREFORE, Plaintiff demands judgment against Defendant, Joel Deeb, for general, special and punitive damages, costs and any further relief this Court deems just and proper.

## COUNT II – INTENTIONAL INFLICTION
## OF EMOTIONAL DISTRESS
### (against Deeb)

28.     Plaintiff incorporates and re-alleges paragraphs one (1) through seventeen (17) as if fully set forth herein.

29.     Upon information and belief, Deeb personally authored the Defamatory Stories which appeared on the Website.

30.     Deeb published the Defamatory Stories which appeared on the Website.

31.     Deeb's conduct was intentional or reckless.

32.     Deeb's conduct was outrageous.

33.     Deeb's conduct was intended to, and did in fact, cause severe emotional distress to Plaintiff.

34.     As a direct and proximate result of Deeb's conduct, Plaintiff suffered great upset, shock, mental and emotional distress.

35.     At the time Deeb published the Defamatory Stories, Deeb had actual knowledge of the wrongfulness of his conduct and the high probability that injury or damage to Plaintiff would result and, despite that knowledge, intentionally pursued that course of conduct, resulting in injury or damage to Plaintiff.

36.     Upon information and belief, Deeb acted with evil motive and actual malice, with intent to injure, disgrace and defame Plaintiff, with intent to cause Plaintiff emotional distress and to falsely depict Plaintiff as a criminal.

-7-

*Handal v. Deeb, et. al*
Complaint

37.     Upon information and belief, Deeb acted with the malicious intent to extort

monies from Plaintiff in exchange for removal of the Defamatory Stories from the Website.

WHEREFORE, Plaintiff demands judgment against Defendant, Joel Deeb, for general,

special and punitive damages, costs and any further relief this Court deems just and proper.

## COUNT III – DEFAMATION
### (against Omega)

38.     Plaintiff incorporates and re-alleges paragraphs one (1) through seventeen (17) as

if fully set forth herein.

39.     Upon information and belief, Deeb personally authored the Defamatory Stories

which appeared on the Website.

40.     Omega published, or allowed to be published, the Defamatory Stories on the

Website.

41.     At the time the Defamatory Stories were published, Omega (through its

employees, executives and/or directors) knew, should have known or was negligent in not

knowing that each of the defamatory statements about Plaintiff's alleged involvement in criminal

activity was false.

42.     The statements made in the Defamatory Stories falsely accuse Plaintiff of

committing crimes or infer that Plaintiff is a criminal, and are therefore libelous per se.

43.     As a direct and proximate result of the publication of the Defamatory Stories,

Plaintiff suffered great upset, shock, mental and emotional distress, shame, humiliation,

embarrassment and damage to his reputation. Furthermore, Plaintiff's business relationships and

dealings have been damaged.

-8-

44.     At the time Omega published the Defamatory Stories, Omega, through its President, Deeb, had actual knowledge of the wrongfulness of its conduct and the high probability that injury or damage to Plaintiff would result and, despite that knowledge, intentionally pursued that course of conduct, resulting in injury or damage to Plaintiff.

45.     Upon information and belief, Omega, through its President, Deeb, acted with evil motive and actual malice, with intent to injure, disgrace and defame Plaintiff, with intent to cause Plaintiff emotional distress and to falsely depict Plaintiff as a criminal.

46.     Upon information and belief, Omega, through its President, Deeb, acted with the malicious intent to extort monies from Plaintiff in exchange for removal of the Defamatory Stories from the Website.

WHEREFORE, Plaintiff demands judgment against Defendant, Omega MC Inc., for general, special and punitive damages, costs and any further relief this Court deems just and proper.

## COUNT IV – DEFAMATION
### (against Vizyonlakay)

47.     Plaintiff incorporates and re-alleges paragraphs one (1) through seventeen (17) as if fully set forth herein.

48.     Upon information and belief, Deeb personally authored the Defamatory Stories which appeared on the Website. Vizyonlakay provides internet hosting for the Website.

49.     Vizyonlakay allowed the Defamatory Stories to be published on the Website.

50.     At the time the Defamatory Stories were published, Vizyonlakay (through its employees, executives and/or directors) knew, should have known or was negligent in not

knowing that each of the defamatory statements about Plaintiff's alleged involvement in criminal activity was false.

51.     The statements made in the Defamatory Stories falsely accuse Plaintiff of committing crimes or infer that Plaintiff is a criminal, and are therefore libelous per se.

52.     As a direct and proximate result of the publication of the Defamatory Stories, Plaintiff suffered great upset, shock, mental and emotional distress, shame, humiliation, embarrassment and damage to his reputation.  Furthermore, Plaintiff's business relationships and dealings have been damaged.

53.     At the time Vizyonlakay allowed the Defamatory Stories to be published, Vizyonlakay, through its President, Mr. Compas, had actual knowledge of the wrongfulness of Deeb and Omega's conduct and the high probability that injury or damage to Plaintiff would result and, despite that knowledge, intentionally allowed Deeb and Omega to pursue that course of conduct, resulting in injury or damage to Plaintiff.

54.     Upon information and belief, Vizyonlakay, through its President, Mr. Compas, acted with evil motive and actual malice, with intent to injure, disgrace and defame Plaintiff, with intent to cause Plaintiff emotional distress and to falsely depict Plaintiff as a criminal.

WHEREFORE, Plaintiff demands judgment against Defendant, Vizyonlakay, Inc., for general, special and punitive damages, costs and any further relief this Court deems just and proper.

### Demand for Jury Trial

Plaintiff demands a trial by jury on all issues so triable.

RICHMAN GREER, P.A.

Miami • West Palm Beach

*Handal v. Deeb, et. al*
Complaint

Dated: November 6, 2009

Respectfully Submitted,

**Gary S. Betensky**, Esq. (Fla. Bar No. 0434302)
gbetensky@richmangreer.com
**Joshua L. Spoont**, Esq. (Fla. Bar No. 53263)
jspoont@richmangreer.com
RICHMAN GREER, P.A.
One Clearlake Centre
250 Australian Avenue South, Suite 1504
West Palm Beach, Florida 33401
Telephone: (561) 803-3500
Facsimile:   (561) 820-1608
*Attorneys for Plaintiff, Stanley Handal*

-11-

**RICHMAN GREER, P.A.**

Miami • West Palm Beach

## *ACCURATE TRANSLATORS & INTERPRETERS*

Ex- Kidnapper: Stanley Handal, is behind bars at the Central Administration of Police
By
May 22, 2009, 17:46

m. "throw the book at him...send a message loud and clear!!!"

Stanley Handal is behind bars at the Central Administration of Judiciary Police since this afternoon for having sponsored the kidnapping of Natanael Genelus, an employee of Unibank.

The victim was responsible for the cash desk at the bank. His position allowed him to execute change transactions (a form of money laundering) for Handal. In effect, Stanley Handal would turn over large sums to Natanael so that the latter would return him the money in large denominations so as to make them more easily transportable,

And thus, US$400,000 belonging to Handal disappeared while in the hands of Natanael. Handal entrusted to police inspector James Bourdeau the mission of kidnapping Natanael and bring him in for interrogation. He was to receive $30,000. Bourdeau carried out the act and to this day Natanael remains missing.

Inspector Bourdeau was also implicated in the kidnapping of Mrs. Sylvera, the owner of El Rancho. In 2003, Stanley had kidnapped Mrs. Reginald Boulos.

Stanley Handal is a multimillionaire. He has sold tons of munitions to the PNH. He would also sell to the chimeres. He would fuel confrontations between the police and the chimeres so as to better sell his weapons and munitions. He is a major figure in kidnapping and his arrest constitutes a heavy blow to a particular group.

Stanley Handal just about has the majority of the police officers with him, and even some important figures in the police force who will be arrested in the coming days.
The day following the abduction of Natanael, Unibank conducted an audit to verify if the $400,000.00 were missing or injected in its system.

A prominent kidnapper has been arrested, [yet,] it would seem that this has not been of much interest to too many people; however, if it had to do with a small fish, he would have been treated like just another chimere.

==================  ==================

I, the undersigned Alix Perrault, an interpreter certified by the Administrative Office of the United States Courts, hereby certify that I translated the foregoing document from FRENCH to English and that I am fully competent to translate from FRENCH to English. I further certify that this translation the highlighted portions of pages 1 and 2 of a 15-page document printout from a Google cache webpage (copy attached) is accurate and complete.

Alix Perrault
Certified Federal Court Interpreter

11/05/2009

*SERVING FLORIDA SINCE 1981*
*1125 53 Avenue West ● Bradenton, FL 34207*
*(941) 758-3336 ● Fax (941) 752-1711*

**COMPOSITE**
**EXHIBIT #** ___A___

This is Google's cache of http://www.omegamilitaryconsultant.com/artman/publish/article_940.shtml. It is a snapshot of the page as it appeared on Sep 8, 2009 03:27:57 GMT. The current page could have changed in the meantime. Learn more

Text-only version
These terms only appear in links pointing to this page:
http www omegamilitaryconsultant com artman publish article_940 shtml

## OMEGA MILITARY CONSULTANT
### News Section

Omega home | U.S. Department of Defense|Army News Service|Central Intelligence Agency|U.S. Central Command| U.S. DEA

**Front Page**

**News**
  Local
  National
  World

**Sports**
  Basketball
  Football
  Olympics
    Summer Games
    Winter Games
  Soccer

**Entertainment**
  Movies
    Action
    Comedy
    Drama
  Music
  Television

**Search**

[_____] Go

All Categories

Advanced Search
Bottom of Form

# NEWS : WORLD Last Updated: May 22nd, 2009 - 14:58:54

## Ex Kidnapeur: Stanley Handal est ecroue a la Direction Centrale de la Police
By
May 22, 2009, 17:46

Email this article
Printer friendly page

m. "throw the book at him...send a message loud and clear!!!"

Stanley Handal est ecroue a la Direction Centrale de la Police Judiciaire depuis cet apres midi pour avoir commandite le kidnapping de
Natanael Genelus l'employe de la Unibank.

Le kidnappe etait responsable du centre de cash de la dite banque. Sa
position lui permettait d'efectuer des operations de change ( une forme de blanchiment d'argent) pour Handal. En effet, Stanley Handal
remettait des sommes faramineuses a Natanael pour que celui-ci les lui remette en gros coupons de facon a les rendre plus transportables,

### WORLD Latest Headlines

It's time for a reality check / From the WhiteHouse / David Axelrod Senior Advisor to the President

Sommaire du bulletin du 14 août 2009 de déclarations officielles de politique étrangère

Arms Control and International Security: Strengthening the Nuclear Nonproliferation Regime: A Blueprint for Progress/ State Dept

Actualités diplomatiques du ministère des Affaires étrangères

Presse - Investigation : Deux informations en bref / Cyrus Sibert

Lettre ouverte de Stanley Lucas a la chambre des deputes

Highlights:

Ainsi, 400 milles dollars US appartenant a Handal disparurent des mains
de Natanael.Handal confia donc a l'inspecteur de police James Bourdeau
la mission de kidnapper Natanael et de le lui amener pour l'interroger.
Celui-ci devait recevoir 30 mille dollars. Bourdeau s'executa et a ce
jour Natanael est toujours porte disparu.

L'inspecteur Bourdeau etait aussi implique dans le kidnapping de Madame
Sylvera la proprietaire d'El Rancho. Stanley avait kidnappe en 2003
Madame Reginald Boulos.

Stanley Handal est un multi millionnaire. Il vendait a la PNH des
tonnes de munitions. Il en vendait aussi aux chimeres. Il alimentait
les affrontements entre la police et les chimeres pour pouvoir mieux
vendre ses armes et munitions. C'est un gros potentat du kidnapping et
son arrestation constitue un gros coup pour un certain secteur.

Stanley Handal a presque la majorite des policiers avec lui et meme
certains gros navets de la police qui vont etre arretes dans les
prochains jours. Le jour d'apres l'enlevement de Natanael, la Unibank a
fait un audit pour verifier si 400 mille dollars ont ete egares ou
injecter dans son systeme.

Un gros kidnappeur a ete arrete , on dirait que ca n'a pas l'air
d'interresser grand monde mais s'il s'agissait petit, il aurait ete
traite de chimere.
==========================================
====

3 March 2006

# RNDDH at the Inter-American Human Rights Commission:

presentation on the general human rights situation in Haiti
Posté le March 21st. 2006

Ladies and Gentlemen,

The National Human Rights Defense Network (RNDDH) would
like to thank the Inter-American Human Rights Commission
(CIDH) for the opportunity to participate in the 124th session for
the purposes of sharing the human rights situation in Haiti
where violence, nonobservance of the law, and human rights
violations make up a continuous history. The ongoing fight for
the respect of human rights is always a major challenge
confronted by human rights defense organizations around the
world. Despite the signatures on various international
documents that address these challenges, many participating

Combating
Sexual Violence
/ State Dept

Sommaire du
bulletin du 12
août 2009 de
déclarations
officielles de
politique
étrangère

La Première
Ministre lance
un appel à
l'unité aux
haïtiens de la
diaspora /
metropolehaiti.c
om

Haïti salaire
minimum ; la
police fait usage
du gaz
lacrymogène
pour disperser
des
manifestants/
metropolehaiti.c
om

*ACCURATE TRANSLATORS & INTERPRETERS*

FLASH
NEWS
LATEST
NEWS – HAITI

By
Jul 1, 2009, 13:36

The complaint papers for the extradition of Mr. Stanley Handal to the United States are in process
By
Jul 1, 2009, 13:36

FLASH NEWS LATEST NEWS

[Continuing from the second page]:

The complaint papers for the extradition of Mr. Stanley Handal to the United States are in process. Mr Stanley Handal is accused of Kidnapping of importation and exportation of military materiel in Haiti

[It seems] that Mr Handal would also be involved in money laundering and distribution of drugs.

=============================================

I, the undersigned Alix Perrault, an interpreter certified by the Administrative Office of the United States Courts, hereby certify that I translated the foregoing document from FRENCH to English and that I am fully competent to translate from FRENCH to English. I further certify that this translation the highlighted portions of a 2-page document printout from a Google cache webpage (copy attached) is accurate and complete relative to the document received.

11/05/2009

Alix Perrault
Certified Federal Court Interpreter

**COMPOSITE
EXHIBIT #   B**

This is Google's cache of http://www.omegamilitaryconsultant.com/artman/publish/article_1120.shtml. It is a snapshot of the page as it appeared on Aug 23, 2009 14:47:14 GMT. The current page could have changed in the meantime. Learn more

Text-only version
These terms only appear in links pointing to this page:
http www omegamilitaryconsultant com artman publish article_1120 shtml

# OMEGA MILITARY CONSULTANT
### News Section

Omega home | U.S. Department of Defense|Army News Service|Central Intelligence Agency|U.S. Central Command| U.S. DEA

## Front Page

**News**
  Local
  National
  World

**Sports**
  Basketball
  Football
  Olympics
    Summer Games
    Winter Games
  Soccer

**Entertainment**
  Movies
    Action
    Comedy
    Drama
  Music
  Television

## Search

[ Go ]
[ All Categories ▼ ]
Advanced Search
Bottom of Form

## NEWS : WORLD

Last Updated: Jul 1st, 2009 - 11:05:00

**FLASH NEWS DERNIERE HEURE HAITI : Les Papiers d'extradition de Mr Stanley Handal vers les Etats Unis sont en cours**
By
Jul 1, 2009, 13:36

Email this article
Printer friendly page





### WORLD Latest Headlines

It's time for a reality check / From the WhiteHouse / David Axelrod Senior Advisor to the President

Sommaire du bulletin du 14 août 2009 de déclarations officielles de politique étrangère

Arms Control and International Security: Strengthening the Nuclear Nonproliferation Regime: A Blueprint for Progress/ State Dept

Actualités diplomatiques du ministère des Affaires étrangères

Presse - Investigation : Deux informations en bref / Cyrus Sibert

Lettre ouverte de Stanley Lucas a la chambre des deputes

Highlights: Combating Sexual Violence / State Dept

Sommaire du bulletin du 12 août 2009 de déclarations officielles de politique étrangère

La Première Ministre lance un appel à l'unité aux haïtiens de la diaspora / metropolehaiti.com

Haïti salaire minimum : la police fait usage du gaz lacrymogène pour disperser des manifestants/ metropolehaiti.com

## FLASH NEWS DERNIERE

## HEURE

**Les Papiers d'extradition de Mr Stanley Handal vers les Etats Unis sont en cours . Mr Stanley Handal  est accuser  de Kidnapping d'importation et d'exportations de materiels militaire en Haiti**

**Mr Handal serait impliquer aussi dans le blanchissement et l'ecoulement de la drogue.**

Top of Page

The articles published on our website are often authored by independent writers and do not reflect the opinions of Omega Military Consultants or its employees.
**Omega Staff Writers**

ATLANTA
MIAMI
ORLANDO
ST. PETERSBURG
TALLAHASSEE
TAMPA
WEST PALM BEACH

# CARLTON FIELDS

### ATTORNEYS AT LAW

4000 International Place
100 S.E. Second Street
Miami, Florida 33131-2114

305.530.0050
305.530.0055 fax
www.carltonfields.com

**Alan Rosenthal**
305.539.7301 direct
arosenthal@carltonfields.com

August 4, 2009

Mr. John Compas
6753 West Camella
Miramar, Florida  33023

Mr. Joel Deeb
14575 N.W. 16th Drive
Miami, Florida  33167

Dear Messrs. Compas and Deeb:

Our firm represents Stanley Handal.  We have been retained by Mr. Handal to cause you to cease and to desist from, and to seek redress for, the publication of defamatory statements about Mr. Handal on the website, www.omegamilitaryconsultant.com, and other media in which such defamatory material has been published.   Specifically, you have published false information stating that Mr. Handal has been arrested, that he is a kidnapper, that he has been involved in arms dealing and has committed multiple other crimes, including a previous kidnapping.

Demand is hereby made pursuant to Section 770.02, Florida Statutes that you correct and apologize for your defamatory statements and cease and desist from defaming Mr. Handal in the future.

We have been instructed to take all steps necessary to protect Mr. Handal's interests and your failure to promptly correct and remove your defamatory statements will result in the initiation of litigation against you.

If you would like to discuss this matter, please call me.

Sincerely yours,

Alan Rosenthal

# EXHIBIT "C"

# CIVIL COVER SHEET

FILED by ___ D.C. ELECTRONIC

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed**

**NOV 6, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

## I. (a) PLAINTIFFS

Stanley Handal

Country of Haiti

## DEFENDANTS

Joel Deeb, Omega MC corporation, VIZYON LAKAY

**(b)** County of Residence of First Listed Plaintiff ___
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant ___ Miami-Dade
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Gary S. Betensky, Esq.
Richman Greer, P.A. 250 Australian Ave.
South, Suite 1504, WPB, FL 33401

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☒ MIAMI- DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

09CV23412 PCH/JJO

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO   b) Related Cases ☐ YES ☐ NO

JUDGE ___   DOCKET NUMBER ___

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 28 U.S.C. 1332(a) diversity defamation

LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 75,000 +
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD: Richman Greer, P.A. By: ___

DATE Nov. 6, 2009

FOR OFFICE USE ONLY

AMOUNT 350   RECEIPT # 726578   IFP ___