UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-CV-23412-HUCK/O'SULLIVAN

STANLEY HANDAL,

    Plaintiff,

v.

JOEL DEEB, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court upon a *sua sponte* review of the file. On December 9, 2009, the Court ordered Defendant Vizyonlakay, Inc. to obtain counsel because it is a corporation and cannot be represented by an individual who is not licensed to practice law. (D.E. #13). As of today, Vizyonlakay, Inc. has failed to comply with the Court's December 9, 2009 Order to obtain counsel. Jean Compass, an individual associated with Vizyonlakay, Inc., represented at today's status conference that Vizyonlakay, Inc. was dissolved several years ago, has no assets and has not obtained counsel. Accordingly, for these reasons, and those stated in open court at today's status conference, it is hereby

ORDERED that a Default Judgment is entered against Vizyonlakay, Inc. It is further ordered that discovery may proceed as to damages, and the Plaintiff shall contact the Court when it is prepared to set this case for trial or by February 15, 2010, whichever is sooner.

DONE AND ORDERED in Chambers, Miami, Florida, January 19, 2010.

                                                                        PAUL C. HUCK
                                                                        United States District Judge

**Copies furnished to:**
All counsel of record