UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23412-CIV-HUCK/O'SULLIVAN

STANLEY HANDAL,

    Plaintiff,

vs.

JOEL DEEB, et al.,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff Stanley Handal's Motion for Sanctions (DE# 48, 9/3/10) **and** the Plaintiff Stanley Handal's Motion to Strike and Response to Defendant Joel Deeb's "Motion for Dismissal" (DE# 53, 9/15/2010). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to the Plaintiff Stanley Handal's Motion for Sanctions (DE# 48, 9/3/10) **and** the Plaintiff Stanley Handal's Motion to Strike and Response to Defendant Joel Deeb's "Motion for Dismissal" (DE# 53, 9/15/2010) on or before **October 20, 2010**. The failure to file a response may result in a recommendation that the Plaintiff Stanley Handal's Motion for Sanctions (DE# 48, 9/3/10) **and** the Plaintiff Stanley Handal's Motion to Strike and

Response to Defendant Joel Deeb's "Motion for Dismissal" (DE# 53, 9/15/2010) be granted in their entirety.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **6th** day of September, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

Chambers provided copies to:

Joel Deeb, individually, *pro se*
P.O. Box 522761
Miami, FL 33152-2761
and
2548 Centergate Dr. #306
Miramar, FL 33025

deebjr@aol.com
deebjr@omegamilitaryconsultant.com

Joel Deeb as Registered Agent for
Omega MC, Inc.
14575 NW 16 Dr.
Miami, FL 33167

Jean R. Compas, Sr. Registered Agent for
Vizonlakay, Inc.
6753 West Camella Dr.
Miramar, FL 33023