UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23412-CIV-HUCK/O'SULLIVAN

STANLEY HANDAL,

    Plaintiff,

vs.

JOEL DEEB, et al.,

    Defendants.
_____/

### NOTICE AND ORDER

This matter is before the Court *sua sponte*. On January 21, 2011, the undersigned received the attached correspondence from Ben Gillman. Local Rule 7.7 states in pertinent part:

> CORRESPONDENCE TO THE COURT
>
> Unless invited or directed by the presiding Judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party represented by an attorney, except when necessary as an exhibit when seeking relief from the Court.

S.D. Fla. L.R. 7.7.

Accordingly, it is

ORDERED AND ADJUDGED that no one shall submit any further correspondence to Chambers.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 21st day of January, 2011.

                                                                       JOHN J. O'SULLIVAN
                                                                       UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

Chambers provided copies to:

Joel Deeb as Registered Agent for
Omega MC, Inc.
14575 NW 16 Dr.
Miami, FL 33167

Jean R. Compas, Sr. Registered Agent for
Vizonlakay, Inc.
6753 West Camella Dr.
Miramar, FL 33023