UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-23412-CIV-HUCK/O'SULLIVAN

STANLEY HANDAL,

    Plaintiff,

v.

JOEL DEEB, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the February 22, 2011 Report and Recommendation (D.E. # 99) of Magistrate Judge John J. O'Sullivan, recommending that this Court grant Plaintiff's Motion for Sanctions (D.E. #85) in accordance with the Report and Recommendation, and recommending that this Court enter an Order finding Joel Deeb in civil contempt of the portion of the January 19, 2011 Order (D.E. #81) requiring Mr. Deeb to provide copies of all travel documents relating to his travel in the last year. Judge O'Sullivan further recommended that a warrant for Mr. Deeb's arrest be issued and that he be held in civil contempt until he has complied with that portion of the January 19, 2011 Order. The Court has now considered Mr. Deeb's objections to the Report and Recommendation, and has reviewed the Report and Recommendation, the pertinent portions of the record, and is otherwise duly advised. Additionally, on March 9, 2011, a show cause hearing was held before the undersigned. Accordingly, it is

ORDERED that the Court adopts the findings of fact and conclusions of law as stated in the Report and Recommendation and that Mr. Deeb is in contempt of court. It is further

ORDERED that Mr. Deeb shall have until **Wednesday, March 23, 2011 at 2:00 p.m.** to purge himself of contempt by either of two methods. First, Mr. Deeb may purge himself of contempt by producing copies or reconstructed copies of his travel documents relating to his travel in the last year to Plaintiff's counsel. If Plaintiff is not satisfied with the documents produced, Plaintiff's counsel shall contact Judge O'Sullivan's chambers to schedule a hearing on this matter. Second, Mr. Deeb may purge himself of contempt by submitting a written statement, under oath, acknowledging

that there are no travel documents supporting his earlier representations concerning his travels in the last year because those representations were false. If Judge O'Sullivan determines that Mr. Deeb has failed to sufficiently produce such documents and that Mr. Deeb has not submitted the written statement, Judge O'Sullivan shall issue a warrant for Mr. Deeb's arrest and require that Mr. Deeb surrender voluntarily or instruct the United States Marshals Service to apprehend Mr. Deeb.

DONE and ORDERED in Chambers, Miami, Florida, this 10th day of March, 2011.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
Counsel of Record