UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-23412-CIV-HUCK/BANDSTRA

STANLEY HANDAL,

    Plaintiff,

v.

JOEL DEEB, OMEGA MC, INC., a Florida corporation, and VIZYONLAKAY, INC., a Florida corporation,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## AGREED FINAL JUDGMENT AGAINST DEFENDANTS JOEL DEEB AND OMEGA MC, INC.

THIS CAUSE is before the Court on the parties' agreement to the entry of final judgment. The Court has reviewed the file, has been advised of the consent to this final judgment by Deeb, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. A Final Judgment is hereby entered against Defendants JOEL DEEB and OMEGA MC, INC., jointly and severally.

2. Plaintiff STANLEY HANDAL shall recover from the Defendants, JOEL DEEB and OMEGA MC, INC., jointly and severally, as follows:

    a. Plaintiff shall recover One Million Dollars ($1,000,000.00) in damages; and

    b. Plaintiff shall recover Ninety Three Thousand, One Hundred and Twenty Dollars and Fifty Cents ($93,120.50) in attorneys' fees, and Eight Thousand and Fourteen Dollars and Ninety Two Cents ($8,014.92) in costs;

for all of which let execution issue forthwith.

3. This judgment shall bear interest at the statutory rate of interest. *See* § 28 U.S.C 1961.

4. Defendant JOEL DEEB shall deliver to Richman Greer, P.A., counsel for Plaintiff STANLEY HANDAL, the sum of Sixty Thousand Dollars ($60,000.00) in U.S. funds, made payable to "Richman Greer P.A. Trust Account", within 180 days of entry of this judgment. Payment of this amount shall serve as partial satisfaction of the above award of attorneys' fees and costs, but shall not affect in any way Plaintiff's right to otherwise execute on this judgment.

5. Defendants JOEL DEEB and OMEGA MC, INC. are further ordered to relinquish all right, title, ownership, control, and interest in the domain name Omegamilitaryconsultant.com (the "Website"), and shall transfer all of their right, title, ownership, control, and interest in the Website to Plaintiff STANLEY HANDAL. Defendants shall undertake all actions necessary to effectuate the aforementioned transfer, including but not limited to executing all documents requested by the Website's Registration Service Provider, IPOWER, Inc.

6. The last known address of Plaintiff STANLEY HANDAL is: M.S.C. Trading, S.A., Drouillard-Sarthe Haiti, Port Au Prince, Haiti.

7. The last known addresses of Defendant JOEL DEEB are: 5049 SW 139 Terrace, Miramar, FL 33027; 2548 Centergate Drive, Apt. 306, Miramar, FL 33025; and P.O. Box 522761, Miami, FL 33152-2761.

8. The last known address of Defendant OMEGA MC, INC. is: 14575 NW 16th Drive, Miami, FL 33167.

9. All pending motions are hereby denied as moot.

10. The Court reserves jurisdiction to enforce post-judgment proceedings in aid of execution.

DONE AND ORDERED in Chambers, Miami, Florida, this 28 day of April, 2011.

Paul C. Huck
United States District Judge

**Copies furnished to:**

Gary S. Betensky, Esq.
*Attorneys for Plaintiff*
Richman Greer, P.A.
250 Australian Ave. South, Suite 1504
West Palm Beach, FL 33401

Ken Lange, Esq.
*Attorney for Defendant, Joel Deeb and Omega MC, Inc.*
1125 N.E. 125th Street, Suite 301
North Miami, FL 33161