UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23412-CIV-HUCK/O'SULLIVAN

STANLEY HANDAL,

             Plaintiff,

vs.

JOEL DEEB, et al.,

             Defendants.

_____/

## ORDER

      **THIS MATTER** is before the Court on the Plaintiff's Motion to Compel Responses to

Discovery in Aid of Execution and for Sanctions (DE # 137, 12/10/13).  Having reviewed the

applicable filings and law, it is

      **ORDERED AND ADJUDGED** that the Plaintiff's Motion to Compel Responses to

Discovery in Aid of Execution and for Sanctions (DE # 137, 12/10/13) os DENIED as untimely.

      RULE 26.1(h) of the Local Rules for the Southern District of Florida provides:

> **(h) Discovery Motions.**
> (1) *Time for Filing.* All motions related to discovery, including but
> not limited to motions to compel discovery and motions for
> protective order, shall be filed within thirty (30) days of the
> occurrence of grounds for the motion. Failure to file a discovery
> motion within thirty (30) days, absent a showing of reasonable
> cause for a later filing, may constitute a waiver of the relief
> sought.

The Plaintiff's Motion to Compel Responses to Discovery in Aid of Execution and for Sanctions

(DE # 137, 12/10/13) failed to comply with local rule 26.1(h) for the Southern District of Florida

because it was not filed within the requisite 30 days.

      DONE AND ORDERED, in Chambers, at Miami, Florida, this 26th day of

June, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

Chambers provided copies to:

Joel Deeb as Registered Agent for
Omega MC, Inc.
14575 NW 16 Dr.
Miami, FL 33167

Jean R. Compas, Sr. Registered Agent for
Vizonlakay, Inc.
6753 West Camella Dr.
Miramar, FL 33023